costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOSEPH ENGELMANN, Individually and as a Stockholder of Gottley Corporation, v. GOTTLEY CORPORATION et al.— Motion by respondents Sylvan Lawrence and Kinco, Inc., to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOSEPH ENGELMANN, Individually and as a Stockholder of Gottley Corporation, v. GOTTLEY CORPORATION et al.— Motion by respondent City of New York to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOSEPH ENGELMANN, Individually and as a Stockholder of Gottley Corporation, v. GOTTLEY CORPORATION et al.— Motion by respondents Gottley Corporation, Arnold Gottesman and Irving Moscovitz to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOSEPH ENGELMANN, Individually and as a Stockholder of Gottley Corporation, ·v. GOTTLEY CORPORATION et al.— Motion by respondent Mark A. Bogart to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JOSEPH ENGELMANN, Individually and as a Stockholder of Gottley Corporation, v. GOTTLEY CORPORATION et al.— Motion by respondent Lexington Holding Corp. to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ KENWAY METALS CORPORATION v. ALBERT M. GOLDSTEIN, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ WILLIAM A. STROUD et al., v. CARL BERKOWITZ.— Motion for leave to appeal is dismissed because of failure to include in moving papers a copy of notice of appeal, etc., assertion of filing thereof, and because of lack of proper affidavit of service of moving papers. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LLOYD J. TURNIER.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v.. JOSEPH GOLDBERG.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BIRCH.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of the Probate of the Will of ROBERT S. TURTON, Deceased.— Motion for stay granted on condition that appellant procures the record on appeal and appellant's points to be served and filed on or before November 5, 1959, with notice of argument for November 17, 1959. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ C. GERARD DODGE v. FREDERICK W. RICHMOND.— Motion granted only insofar as to modify the previous order of this court, entered on October 8, 1959, so as to require defendant to post the $100,000 undertaking on or before 4:00 P.M. on Wednesday, October 28, 1959. In all other respects, the motion is denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.